

EXHIBIT

4

## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### Tampa Division

SECURITIES AND EXCHANGE COMMISSION,

          Plaintiff,

v.

GLOBAL DEVELOPMENT &
ENVIRONMENTAL RESOURCES, INC.,
PHILIP PRITCHARD, PIETRO CIMINO,
DANTE M. PANELLA,
DARKO S. MRAKUZIC,
ANTHONY M. CIMINI, SR.,
AND CARMINE J. BUA,

          Defendants,

QUANTUMVEST HOLDINGS, LTD.,

          Relief Defendant.

_____/

Case No. 8:08-cv-993-T-27-MAP

### PLAINTIFF'S DISCLOSURES PURSUANT TO RULE 26(A)(1) OF THE FEDERAL RULES OF CIVIL PROCEDURE

Plaintiff Securities and Exchange Commission makes its initial disclosures required by Rule 26(a)(1) of the Federal Rules of Civil Procedure.

**A. The name, and if known, the address and telephone number of each individual likely to have discoverable information that the disclosing party may use to support its claims or defenses, unless solely for impeachment, identifying the subjects of the information.**

Although still conducting discovery, the Commission at this time believes the following witnesses may have discoverable information relating to the material facts supporting its allegations:

1. Dante M. Panella
   c/o Peter B. King, Esq.
   Burton W. Wiand, Esq.
   Fowler White Boggs Banker, P.A.
   501 E. Kennedy Blvd., Suite 1700
   Tampa, FL 33602

   John W. Cotton, Esq.
   Cotton & Gundzik LLP
   624 South Grand Avenue
   22nd Floor
   Los Angeles, California 90017

Telephone: (813) 228-7411

Telephone: (213) 312-1330  
Facsimile: (213) 623-6699

*The Commission believes Mr. Panella has knowledge of, among other things, all the violations alleged in the Complaint.*

2.  Darko Stjepan Mrakuzic  
c/o Mark K. Braswell, Esq.  
Braswell Law Group  
1319 T Street NW  
Washington, D.C. 20009-4438

William P. Cassidy Jr., Esq.  
John E. Johnson, Esq.  
Shutts & Bowen LLP  
100 S. Ashley Drive, Suite 1500  
Tampa, FL 33602  
Telephone: (813) 229-8900  
Facsimile: (813) 229-8901

*The Commission believes Mr. Mrakuzic has knowledge of, among other things, all the violations alleged in the Complaint.*

3.  Philip Pritchard  
c/o John M. Fedders, Esq.  
Jody Rosen, Esq.  
Law Office of John M. Fedders  
1914 Sunderland Place NW  
Washington, DC 20036  
Telephone: (202) 659-2424  
Facsimile: (202) 659-4959

*The Commission believes Mr. Pritchard has knowledge of, among other things, all the violations alleged in the Complaint.*

4.  Pietro Cimino  
c/o John M. Fedders, Esq.  
Jody Rosen, Esq.  
Law Office of John M. Fedders  
1914 Sunderland Place NW  
Washington, DC 20036  
Telephone: (202) 659-2424  
Facsimile: (202) 659-4959

*The Commission believes Mr. Cimino has knowledge of, among other things, all the violations alleged in the Complaint.*

5.  Carmine J. Bua  
c/o William M. Aul  
Law Offices of William M. Aul  
7676 Hazard Center Drive

Suite 500
San Diego, CA 92108
Telephone: (619) 497-2555

*The Commission believes Mr. Bua has knowledge of, among other things, all the violations alleged in the Complaint relating to the illegal issuance of purportedly unrestricted shares and the roles played by certain defendants and other individuals concerning the issuance of those shares.*

6. Anthony M. Cimini, Sr. (a/k/a Nino Cimini)
   Current contact information unknown

   *The Commission believes Mr. Cimini has knowledge of, among other things, all the violations alleged in the Complaint relating to the illegal issuance of purportedly unrestricted shares and the roles played by certain defendants and other individuals concerning the issuance of those shares.*

7. Linwood Clayton Meehan III (a/k/a Trey Meehan)
   14231 Hamsphire Bay Circle
   Winter Garden, FL 34787-5900
   Tel: (407) 626-1318
   Facsimile: (407) 656-9802

   *The Commission believes Mr. Meehan has knowledge of, among other things, all the violations alleged in the Complaint, including the illegal issuance of purportedly unrestricted shares, the roles played by certain defendants and other individuals concerning the issuance of those shares, and the fraudulent promotional campaign.*

8. Anthony L. Anish
   1064 Spinnaker Run
   Costa Mesa, CA 92627

   *The Commission believes Mr. Anish has knowledge of, among other things, all the violations alleged in the Complaint, including the illegal issuance of purportedly unrestricted shares, the roles played by certain defendants and other individuals concerning the issuance of those shares, the fraudulent private stock offering, and fraudulent promotional campaign.*

9. Carl Waynberg
   Current contact information unknown

   *The Commission believes Mr. Waynberg has knowledge of, among other things, all the violations alleged in the Complain relating to the fraudulent promotional campaign, including the role of certain defendants in disseminating the false information to the public.*

10. Brian A. Sullivan
    c/o Werb & Sullivan
    300 Delaware Avenue
    13th Floor
    Wilmington, DE 19801
    Tel: (302) 652-1100
    Fax: (302) 652-1111

    *The Commission believes Mr. Sullivan has knowledge of, among other things, all the violations alleged in the Complaint relating to the illegal issuance of purportedly unrestricted shares, including the creation of the fraudulently backdated promissory note, the release and subsequent fraudulent assignment of the promissory note, and the roles played by certain defendants and other individuals concerning the fraudulent issuance of Global shares.*

11. Steven Pollak
    2050 Russett Way
    Carson City, NV 89703-2112

    *The Commission believes Mr. Pollak has knowledge of, among other things, all the violations alleged in the Complaint relating to the illegal issuance of purportedly unrestricted shares, including the creation of the fraudulently backdated promissory note, the release of and subsequent fraudulent assignment of the promissory note to entities Mrakuzic designated, and the roles played by certain defendants and other individuals concerning the fraudulent issuance of those shares.*

12. Gerald M. Werksman
    3412 Via Oporto, Suite 201
    Newport Beach, CA 92660
    Tel: (949) 553-2460

    *The Commission believes Mr. Werksman has knowledge of, among other things, all the violations alleged in the Complaint relating to the fraudulent private offering of Global shares, including the amount of funds raised in the offering, the subsequent distribution of those funds, and the roles of certain defendants and other individuals in the conduct of the offering.*

13. Joel Nudelman
    52 Ardmore
    Irvine, CA 92602

    *The Commission believes Mr. Nudelman has knowledge of, among other things, all the violations alleged in the Complaint relating to the fraudulent private offering of Global shares, including the representations made to investors, the amount of funds raised in the offering, and the roles of certain defendants and other individuals in the conduct of the offering.*

4

14. Eugenia Salin
    17652 Karen Dr.
    Encino, CA 91316

    *The Commission believes Mrs. Salin invested in Global shares and has knowledge of the representations made to investors during the fraudulent private offering.*

15. Panagiotis J. Kletas
    257-23rd Ave. E
    Vancouver, B.C. V5V 1X4

    *The Commission believes Mr. Kletas has knowledge of, among other things, all the violations in the Complaint, including the role of certain defendants and other individuals in the illegal issuance of purportedly unrestricted shares and the fraudulent promotional campaign.*

16. Stuart Cohen
    Contact information unknown

    *The Commission believes Mr. Cohen has knowledge of, among other things, all the violations in the Complaint, including the role of certain defendants and other individuals in locating and acquiring the public shell corporation, the subsequent fraudulent activities resulting in the illegal issuance of purportedly unrestricted shares of Global, and the fraudulent promotional campaign.*

17. Kerry Kennedy
    Contact information unknown

    *The Commission believes Mr. Kennedy has knowledge of, among other things, all the violations in the Complaint, including the role of certain defendants and other individuals in locating and acquiring the public shell corporation, the subsequent fraudulent activities resulting in the illegal issuance of purportedly unrestricted shares of Global, and the fraudulent promotional campaign.*

18. Eric Littman
    c/o Eric P. Littman, P.A.
    7695 S.W. 104th St.
    Suite 210
    Miami, FL 33156
    Tel: (305) 663-3333
    Facsimile: (305) 668-0003

    *The Commission believes Mr. Littman has knowledge of, among other things, all the violations alleged in the Complaint.*

19. Lynn Goodman
c/o J.H. Darbie & Co., Inc.
99 Wall St.
20th Floor
New York, NY 10005
Tel: (212) 269-7271

*The Commission believes Lynn Goodman has knowledge of, among other things, Panella's statements concerning the Global's promotional campaign and Panella's trading activity in Global shares during the fraudulent promotional campaign.*

20. Fernando de Torres Jr.
2013 Twin Bridge Court
Ocala, FL 34471

*The Commission believes Mr. de Torres has knowledge of, among other things, the claims Global made during the fraudulent promotional campaign concerning its purported proprietary products.*

21. All persons and entities not listed above who produced documents or provided testimony or other evidence to the Commission.

22. All witnesses disclosed by the Defendants who are not listed above.

23. All persons who invested in either publicly traded Global shares or the fraudulent private offering.

24. All current and former employees, officers, and directors of Global not listed above.

The Commission notes that discovery in this case has only recently begun, and reserves the right to amend and/or add to this list if additional witnesses with discoverable information on which the Commission intends to rely become known to us.

**B. A copy of, or a description by category and location of, all documents, data compilations, and tangible things that are in the possession, custody, or control of the party and that the disclosing party may use to support its claims or defenses, unless solely for impeachment.**

The Commission has collected the numerous documents from the Defendants and third parties that relate to the Commission's claims. All non-privileged documents currently in the Commission's possession are available for review and inspection, upon reasonable notice, at the Miami Regional Office of the United States Securities and Exchange Commission, 801 Brickell Avenue, Suite 1800, Miami, FL 33131. They include the following:

1. Bank account records produced by Bank of America relating to accounts in the name of or for the benefit of Global, Pritchard, Cimino, PanAmerica Capital Group, Atlantic Land Investment Group, and Castle Rock Bar & Grill. (approx. 200 pages)

2. Bank account records produced by Alpine Bank relating to accounts in the name of or for the benefit of Pritchard. (approx. 100 pages)

3. Documents produced by Anthony Anish that relate to Global and/or any of the defendants. (approx. 1000 pages).

4. Brokerage account records and correspondence produced by Empire Financial Group relating to PanAmerica Capital Group. (200-300 pages)

5. Documents and correspondence produced by Eric Littman that relate or refer to Global (f/k/a Old Mission Assessment Corp.). (200-300 pages)

6. Documents produced by Agora Financial and/or Carl Waynberg that relate or refer to Global and/or any of the defendants. (approx. 200 pages)

7. Documents produced by Interwest Transfer Company, the transfer agent for Global. (400 - 500 pages)

8. Documents produced by Linwood Meehan and First Capital Investors that relate to Global and/or any of the Defendants. (approx. 300 pages)

9. Documents produced by Anthony Cimini relating to Global and/or any of the defendants. These documents include corporate records and correspondence relating or referring to Eric Littman, Anthony Anish, Steven Pollak, Stuart Cohen, Kerry Kennedy, Brian Sullivan, and other defendants. (approx. 200 pages)

10. Certified copy of criminal conviction of Anthony Anish.

11. Certified copies of Nevada business records for Global.

12. Documents produced by Global, including documents relating to Global's business, financial projections, business plan, bank accounts, contracts/agreements, shareholders, officers, and employees. (approx. 2000 pages)

13. Documents produced by the British Columbia Securities Commission that relate to Global, including account records from June 2005 through May 2006 for all accounts maintained at Golden Capital Securities that traded Global shares. (approx. 300 pages)

14. Documents produced by Swiss American Securities that relate to Rahn & Bodmer's account and its trading in Global shares.

15. Documents produced by PanAmerica Capital Group relating to its corporate structure and bank and brokerage accounts. (500-700 pages)

16. Documents produced by Well Fargo Bank, including account records for Anthony Anish and AM Capital Ltd. (approx. 1000 pages)

17. Testimony transcripts for the following witnesses during the Commission's investigation:

> Dante Panella (9/16/05) (pgs 1-266)
>
> Dante Panella (9/22/05) (pgs 267-436)
>
> Dante Panella (10/29/07) (pgs 437-529)
>
> Brian Sullivan (9/15/05) (83 pgs)
>
> Anthony Anish (9/13/05) (166 pgs)
>
> Pietro Cimino (9/9/05) (230 pgs)
>
> Pietro Cimino (11/14/06) (85 pgs)
>
> Linwood Meehan (9/8/05) (170 pgs)
>
> Philip Pritchard (9/7/05) (pgs 1-197)
>
> Philip Pritchard (11/14/06) (pgs 198-382)
>
> Joel Nudelman (7/25/06) (74 pgs)
>
> Panagiotis Kletas (10/27/05) (87 pgs)
>
> Steven Pollak (12/14/05) (35 pgs)
>
> Steven Pollak (8/28/07) (127 pgs)
>
> Anthony Cimini (9/22/05) (7 pgs)
>
> Anthony Cimini (10/17/05) (235 pgs)
>
> Carmine Bua (10/13/05) (116 pgs)
>
> Eric Littman (10/12/05) (123 pgs)
>
> Carl Waynberg (9/23/05) (177 pgs)
>
> and all associated exhibits.

18. Trading activity submission data (Bluesheet) for trading in Global shares during the period described in the complaint.

19. Documents relating to Castle Rock Land, LLC, produced by Pietro Cimino and Castle Rock. (approx.100 pages)

20. Documents produced by Fernando de Torres relating to Global, pending patent applications, and contracts/agreements.

21. Official attestations from the Securities and Exchange Commission of Commission filings relating to Global (filed with the Commission as October Project III Corp.)

22. Documents produced by Panagiotis Kletas, including private stock purchase agreement, brokerage records, and bank statements. (approx. 40 pages)

23. Documents produced by Gerald Werksman relating to Global's private stock offering, Pietro Cimino, Philip Pritchard, Anthony Anish, AM Capital Ltd., Joel Nudelman, and Bred Clevinger.

24. All documents produced by Panella during the course of the Commission's investigation.

25. Documents produced by J.H. Darbie relating to Panella, including all brokerage account records and correspondence.

26. Documents and correspondence produced by Brian Sullivan relating to Global and/or any of the defendants. (approx. 100 pages)

27. Documents produced by Penson Financial Services, including account records for Quantumvest and PanAmerica Capital Group.

28. Documents produced by any investor who purchased Global stock through the private stock offering, including Eugenia Salin and Philip Brewster.

29. Bank account records for Panella produced by Fifth Third Bank and SunTrust banks.

30. Documents produced by the Swiss Federal Banking Commission relating to Rahn & Bodmer and Mrakuzic.

31. All documents produced by Pritchard and Cimino during the Commission's investigation.

32. Documents and correspondence produced by Carmine Bua that relate or refer to Global and/or any of the defendants. (200-300 pages)

The Commission notes that discovery in this case has only recently begun, and reserves the right to supplement this disclosure if additional documents become known to us and come into our possession, custody, or control.


**C. A computation of any category of damages claimed by the disclosing party, making available for inspection and/or copying as under Rule 34 the documents or other evidentiary material, not privileged or protected from disclosures, on which such computation is based, including materials bearing on the nature and extent of injuries suffered.**

### 1. Dante Panella

The Commission seeks disgorgement from Panella of approximately $1.1 million plus prejudgment interest, which represents his ill-gotten gains from the sale of illegally issued shares of Global. Additionally, the Commission seeks a civil penalty of up to the same $1.1 million amount as well as the permanent injunction and penny stock bar requested in the Complaint, based on Panella's violations of the federal securities laws. Panella's brokerage and bank account statements support this disgorgement amount.

### 2. Darko Mrakuzic

The Commission seeks to hold Mrakuzic jointly and severally liable for Quantumvest's proceeds of approximately $1.2 million from the sale of illegally issued shares of Global, plus prejudgment interest. Furthermore, the Commission seeks a civil penalty of up to the disgorgement amount as well as a permanent injunction and penny stock bar based on Mrakuzic's violations of the federal securities laws. Quantumvest's brokerage account statements support the $1.2 million disgorgement figure against.

### 3. Quantumvest Holdings

The Commission seeks disgorgement from Quantumvest of approximately $1.2 million, which represents its proceeds from the sale of illegally issued Global shares. Quantumvest's brokerage account statements support the $1.2 million disgorgement amount.

### 4. Global Development & Environmental Resources, Inc.

The Commission seeks to hold Global jointly and severally liable with Pritchard and Cimino for the approximate $2.1 million they raised through the fraudulent private offering of Global shares, plus prejudgment interest. The trust account records produced by Gerald Werksman, Esq. support the disgorgement amount relating to the private offering. Furthermore, the Commission seeks a civil penalty of up to the total disgorgement amount. The Court has already entered, by consent, a judgment of permanent injunction against Global.

### 5. Philip Pritchard

The Commission seeks to hold Pritchard jointly and severally liable with Global and Cimino for the approximate $2.1 million they raised through the fraudulent private offering of Global shares, plus prejudgment interest. Additionally, the Commission seeks a civil penalty of up to $2.1 million. The trust account records produced by Gerald Werksman, Esq. support the disgorgement amount relating to the private offering. Additionally, bank account records for Global and Pritchard show Pritchard retained Global funds for his own benefit. The Court has already entered, by consent, a judgment of permanent injunction that also includes an officer-and-director bar and penny stock bar based against Pritchard.

6.    <u>Pietro Cimino</u>

The Commission seeks to hold Cimino jointly and severally liable with Global and Pritchard for the approximate $2.1 million they raised through the fraudulent private offering of Global shares, plus prejudgment interest. Additionally, the Commission seeks a civil penalty of up to $2.1 million. The trust account records produced by Gerald Werksman, Esq. support the disgorgement amount relating to the private offering. Additionally, bank account records for Global and Cimino show Cimino retained Global funds for his own benefit. The Court has already entered, by consent, a judgment of permanent injunction that also includes an officer-and-director bar and penny stock bar based against Cimino.

7.    <u>Anthony Cimini</u>

The Commission seeks disgorgement of all ill-gotten gains Cimini received as a result of his violations of the federal securities laws. Cimini's testimony, bank records, and trust account records produced by Littman, support disgorgement against Cimini. Additionally, the Commission seeks a permanent injunction, a civil penalty, penny stock bar, and officer-and-director bar against Cimini.

8.    <u>Carmine Bua</u>

The Commission has accepted an offer of settlement from Bua, which we expect to file with the Court in the next few days.

**D. For inspection and copying as under Rule 34 any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in the action or to indemnify or reimburse for payments made to satisfy the judgment.**

The Commission is unaware of any such insurance agreements.

Respectfully submitted,

September 26, 2008        By:    <u>s/ Brian K. Barry</u>
Brian K. Barry
Senior Trial Counsel
Fla. Bar No. 0632287
Direct Dial No.: (305) 982-6382
Email: <u>barryb@sec.gov</u>

Attorney for Plaintiff
**SECURITIES AND EXCHANGE COMMISSION**
801 Brickell Avenue, Suite 1800
Miami, Florida 33131

Telephone: (305) 982-6300<br>Facsimile: (305) 536-4154

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 26, 2008, I served the foregoing by email and/or U.S. Mail to the following:

Mark K. Braswell, Esq.
Braswell Law Group
1319 T Street NW
Washington, D.C. 20009-4438
*Counsel for Defendant Darko S. Mrakuzic*
*And Relief Defendant Quantumvest Holdings, Ltd.*

William P. Cassidy Jr., Esq.
John E. Johnson, Esq.
Shutts & Bowen LLP
100 S. Ashley Drive, Suite 1500
Tampa, FL 33602
Telephone: (813) 229-8900
Facsimile: (813) 229-8901
*Local Counsel for Defendant Darko S. Mrakuzic*
*And Relief Defendant Quantumvest Holdings, Ltd.*

Peter B. King, Esq.
Burton W. Wiand, Esq.
Fowler White Boggs Banker, P.A.
501 E. Kennedy Blvd., Suite 1700
Tampa, FL 33602
Telephone: (813) 228-7411
*Counsel for Defendant Dante M. Panella*

John W. Cotton, Esq.
Cotton & Gundzik LLP
624 South Grand Avenue
22nd Floor
Los Angeles, California 90017
Telephone: (213) 312-1330
Facsimile: (213) 623-6699
*Co-counsel for Defendant Dante M. Panella*

William M. Aul, Esq.
Law Offices of William M. Aul
7676 Hazard Center Drive, Suite 500

12

San Diego, CA 92108
*Counsel for Defendant Carmine J. Bua*

John M. Fedders, Esq.
Jody Rosen, Esq.
Law Office of John M. Fedders
1914 Sunderland Place NW
Washington, DC 20036
Telephone: (202) 659-2424
Facsimile: (202) 659-4959
*Counsel for Defendants Global Development & Environmental Resources, Inc.,*
*Philip Pritchard, and Pietro Cimino*

s/ Brian K. Barry
Brian K. Barry, Esq.