UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

       vs.             CASE NO. 8:08-CV-993-T-27MAP
                        4 MARCH 2010
                        TAMPA, FLORIDA
                        PAGES 1 - 70

GLOBAL DEVELOPMENT &
ENVIRONMENTAL RESOURCES, INC.,
PHILIP PRITCHARD, PIETRO CIMINO,
DANTE M. PANELLA, DARKO S.
MRAKUZIC, ANTHONY M. CIMINI, SR.,
and CARMINE J. BUA,

    Defendants.

QUANTUMVEST HOLDINGS, LTD.,

    Relief Defendant.

_____/

TRANSCRIPT OF TESTIMONY OF DANTE PANELLA
BEFORE THE HONORABLE JAMES D. WHITTEMORE
UNITED STATES DISTRICT JUDGE

APPEARANCES:

For the Plaintiff:    Brian Barry, Esquire
                      Securities & Exchange Commission
                      Suite 1800, 801 Brickell Avenue
                      Miami, Florida 33131

                      Ian Anderson, Esquire
                      Securities & Exchange Commission
                      Suite 1800, 801 Brickell Avenue
                      Miami, Florida 33131

EXHIBIT 5

PENGAD-Bayonne,N.J.

For Darko Mrakuzic:    John E. Johnson, Esquire
                       Shutts & Bowen, LLP
                       Suite 1500, 100 S. Ashley Drive
                       Tampa, Florida 33602

                       William P. Cassidy, Jr., Esquire
                       Shutts & Bowen, LLP
                       Suite 1500, 100 S. Ashley Drive
                       Tampa, Florida 33602

Court Reporter:        Linda Starr, RPR
                       Official Court Reporter
                       801 N. Florida Avenue
                       Suite 13B
                       Tampa, Florida 33602

give testimony in this case; correct?

A    That's correct.

Q    Okay.

MR. JOHNSON:  That's all I have, Your Honor.

THE COURT:  Any redirect?

MR. BARRY:  Your Honor, if we could have a few moments to prepare for redirect.

THE COURT:  Redirect, right now.

REDIRECT EXAMINATION

BY MR. BARRY:

Q    I'll start with where Mr. Johnson left off regarding the settlement you have with the Securities and Exchange Commission.  Were you in anyway required to testify in a certain manner as part of that settlement?

A    No.

Q    And were you not sent a subpoena in order to appear here today?

A    That's correct.

Q    Additionally, as part of your settlement, did you consent to a five-year ban from trading in penny stocks?

A    That's correct.

Q    And what is a penny stock, sir?

A    A stock under five dollars.

Q     Was Global a penny stock?

A     Yes.

Q     Okay.  You had also covered some of your experience -- or actually, rather, let's go to the discussion about communications with Mr. Pritchard regarding press releases.  If you could pull up exhibit -- Exhibit 6, please.

THE COURT:  Mr. Panella, you can also look at the monitor there.  It might be a little easier on you.

THE WITNESS:  Thank you.

BY MR. BARRY:

Q     Okay.  Mr. Panella, I believe you testified that you had no advance knowledge of any press releases when they would be coming out, you just had some general sense that there was -- a large volume would be coming out over time.  Was that your testimony earlier?

A     That's correct.

Q     If you look at Exhibit 6, please.  Do you see the date there?

A     Yes.

Q     And what is that date, sir?

A     8/9/2005.

Q     And are you copied on this e-mail?

                    C E R T I F I C A T E


STATE OF FLORIDA            )

COUNTY OF HILLSBOROUGH      )

I, Linda Starr, RPR, Official Court Reporter for the United States District Court, Middle District, Tampa Division,

DO HEREBY CERTIFY, that I was authorized to and did, through use of Computer Aided Transcription, report in machine shorthand the proceedings and evidence in the above-styled cause, as stated in the caption hereto, and that the foregoing pages, numbered 1 through 70, inclusive, constitute a true and correct transcription of my machine shorthand report of said proceedings and evidence.

IN WITNESS WHEREOF, I have hereunto set my hand in the City of Tampa, County of Hillsborough, State of Florida, this 7th day of March 2010.


                    */s/ Linda Starr*
                    Linda Starr, RPR, Official Court Reporter