**SECURITIES AND EXCHANGE COMMISSION,**

      **Plaintiff,**

    **v.**

                                    **Case No. 8:08-cv-993-T-27MAP**

**GLOBAL DEVELOPMENT &**
**ENVIRONMENTAL RESOURCES, INC.,**
**PHILIP PRITCHARD, PIETRO CIMINO,**
**DANTE M. PANELLA,**
**DARKO S. MRAKUZIC,**
**ANTHONY M. CIMINI, SR.,**
**AND CARMINE J. BUA,**

      **Defendants,**

**QUANTUMVEST HOLDINGS, LTD.,**

      **Relief Defendant.**

                                             /

## FINAL JUDGMENT AS TO
## <u>RELIEF DEFENDANT QUANTUMVEST HOLDINGS, LTD.</u>

On March 8, 2010, a seven-member jury found Defendant Darko S. Mrakuzic violated

Sections 5(a) and 5(c) of the Securities Act of 1933 ("Securities Act"), and Section 10(b) of the

Securities Exchange Act of 1934 ("Exchange Act") and Exchange Act Rule 10b-5. After the jury

verdict, the Commission moved the Court to order certain equitable relief against Quantumvest. At

trial, Mrakuzic and Quantumvest admitted Quantumvest profited as a result of Mrakuzic's acts the

jury found violated the federal securities laws. Having fully considered the Commission's motion

for relief and Mrakuzic's response:

# I.

## DISORGEMENT WITH PREJUDGMENT INTEREST

**IT IS ORDERED AND ADJUDGED** that Quantumvest shall disgorge the illicit proceeds it received as a result of Mrakuzic's fraudulent acts, and pay disgorgement of $2,158,844 plus prejudgment interest thereon of $672,034.

# II.

## JOINT AND SEVERAL LIABILITY

**IT IS FURTHER ORDERED AND ADJUDGED** that Quantumvest and Defendant Darko S. Mrakuzic are jointly and severally liable for the amounts specified above and any post-judgment interest thereon. Accordingly, Quantumvest's obligation pursuant to this Final Judgment shall be reduced by all payments Mrakuzic makes toward satisfaction of the Final Judgment as to Defendant Darko S. Mrakuzic (Dkt. ___).

## PAYMENT INSTRUCTIONS

**IT IS FURTHER ORDERED AND ADJUDGED** that Quantumvest shall satisfy the disgorgement and prejudgment interest amounts ordered herein by paying $2,830,878 within 14 days after the entry of this Final Judgment to the Clerk of this Court, together with a cover letter identifying Quantumvest as a relief defendant in this action; setting forth the title and civil action number of this action and the name of this Court; and specifying that payment is made pursuant to the Final Judgment. Mrakuzic shall simultaneously transmit photocopies of such payment and letter to Brian K. Barry, Esq., Securities and Exchange Commission, 801 Brickell Avenue, Suite 1800, Miami, FL 33131. By making this payment, Quantumvest relinquishes all legal and equitable right, title, and interest in such funds, and no part of the funds shall be returned to Quantumvest. The

Clerk shall deposit the funds into an interest bearing account with the Court Registry Investment System ("CRIS") or any other type of interest bearing account that is utilized by the Court. These funds, together with any interest and income earned thereon (collectively, the "Fund"), shall be held in the interest bearing account until further order of the Court.

In accordance with 28 U.S.C. § 1914 and the guidelines set by the Director of the Administrative Office of the United States Courts, the Clerk is directed, without further order of this Court, to deduct from the income earned on the money in the Fund a fee equal to ten percent of the income earned on the Fund. Such fee shall not exceed that authorized by the Judicial Conference of the United States. The Commission may by motion propose a plan to distribute the Fund subject to the Court's approval. Quantumvest shall pay post-judgment interest on any delinquent amounts pursuant to 28 USC § 1961.

## III.

## <u>REPATRIATION ORDER</u>

**IT IS FURTHER ORDERED AND ADJUDGED** that Quantumvest, its directors, officers, members, managers, owners, agents, servants, employees, attorneys, depositories, banks, and those persons in active concert or participation with any one or more of them, and each of them, shall:

(a) take such steps as are necessary to repatriate to the territory of the United States funds sufficient to satisfy the amount of disgorgement and prejudgment interest set forth in this Final Judgment (and post-judgment interest thereon), and deposit such funds into the Registry of this Court pursuant to the Payment Instructions above; and

(b)　　provide the Commission and the Court a written description of the funds and assets so repatriated.

Dated: _____ ___, 2010

_____
THE HONORABLE JAMES D. WHITTEMORE
UNITED STATES DISTRICT JUDGE

Copies to: All counsel of record
and *pro se* defendants