**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**(Tampa Division)**

**SECURITIES AND EXCHANGE COMMISSION,**

      **Plaintiff,**                               **Case No.  8:08-cv-993-T-27-MAP**

      **v.**

**GLOBAL DEVELOPMENT &**
**ENVIRONMENTAL RESOURCES, INC.,**
**PHILIP PRITCHARD, PIETRO CIMINO,**
**DANTE M. PANELLA,**
**DARKO S. MRAKUZIC,**
**ANTHONY M. CIMINI, SR.,**
**AND CARMINE J. BUA,**

      **Defendants,**

**QUANTUMVEST HOLDINGS, LTD.,**

      **Relief Defendant.**

                                              /

## PLAINTIFF'S NOTICE OF FILING PREJUDGMENT INTEREST CALCULATIONS

Pursuant to the Court's January 24, 2011 Order (Dkt. 177), Plaintiff Securities and Exchange Commission hereby files up-to-date Prejudgment Interest Reports for the two disgorgement amounts set forth therein: (1) $2,108,844 for which Darko S. Mrakuzic and Quantumvest Holdings, LTD are jointly and severally liable; and (2) $4,459,724 for which Mrakuzic is solely liable.  (Dkt. 177 at pp. 10-11).  The Prejudgment Interest Reports, attached as Exhibits 1 and 2 hereto, use the same method of calculation described in our Motion for Final Judgment (Dkt. 158 at pp.11-12), but reflect the Court's disgorgement findings and bring the interest amount current to the most recent quarter, the end of year 2010.  The prejudgment interest amounts are (1) $740,510 and (2) $1,566,011 for disgorgement plus prejudgment interest totals of: (1) $2,849,354 and (2) $6,025,735, respectively.

The Commission conferred with counsel for Mrakuzic and Quantumvest, and counsel, without waiving potential challenges to the underlying disgorgement amounts on appeal, represented they accept the Commission's prejudgment interest calculations.

Respectfully submitted,

January 25, 2011                    By:    s/ Brian K. Barry
                                          Brian K. Barry
                                          Senior Trial Counsel
                                          Florida Bar No. 0632287
                                          Direct Dial:  (305) 982-6382
                                          Email:  barryb@sec.gov

                                          C. Ian Anderson
                                          Senior Trial Counsel
                                          New York Reg. No. 2693067
                                          Direct Dial No.:  (305) 982-6317
                                          Email:  andersonci@sec.gov

                                          Attorneys for Plaintiff
                                          **SECURITIES AND EXCHANGE**
                                          **COMMISSION**
                                          801 Brickell Avenue, Suite 1800
                                          Miami, Florida  33131
                                          Telephone: (305) 982-6300
                                          Facsimile:  (305) 536-4154

## CERTIFICATE OF SERVICE

I hereby certify that on January 25, 2011, I electronically filed the foregoing with the

Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to

the following:

Mark K. Braswell
Braswell Law Group
1319 T Street NW
Washington, D.C. 20009-4438
Telephone:  (202) 629-3416
Facsimile:   (202) 332-8337
*Counsel for Defendant Darko S. Mrakuzic and Relief Defendant Quantumvest Holdings, Ltd.*

John E. Johnson, Esq.
William P. Cassidy, Jr., Esq.
Shutts & Bowen LLP
100 S. Ashley Drive, Suite 1500
Tampa, FL 33602
Telephone:  (813) 229-8900
Facsimile:   (813) 229-8901
*Co-Counsel for Defendant Darko S. Mrakuzic and Relief Defendant Quantumvest Holdings, Ltd.*

Peter B. King, Esq.
Burton W. Wiand, Esq.
3000 Bayport Drive
Suite 600
Tampa, FL  33607
Telephone:  (813) 347-5103
Facsimile:   (813) 451-3262
*Counsel for Defendant Dante M. Panella*

John W. Cotton, Esq.
Cotton & Gundzik LLP
624 South Grand Avenue
22nd Floor
Los Angeles, California 90017
Telephone: (213) 312-1330
Facsimile: (213) 623-6699
*Co-counsel for Defendant Dante M. Panella*

I further certify that on the same date I mailed the foregoing document and the notice of

electronic filing by U.S. Mail to the following non-CM/ECF participants:

William M. Aul, Esq.
Law Offices of William M. Aul
7676 Hazard Center Drive, Suite 500
San Diego, CA 92108
*Counsel for Defendant Carmine J. Bua*

Anthony M. Cimini, Sr., *pro se*
829 S. Center Street
Royal Oak, MI 48067

Philip Pritchard, *pro se*
910 Tamarack Lane
Rockford, Illinois 61107
Telephone: (815) 708-6911

Pietro Cimino, *pro se*
244 Dark Forest
Las Vegas, Nevada 89123

s/ Brian K. Barry
Brian K. Barry, Esq.

4