

# U.S. Securities and Exchange Commission

## Division of Enforcement

## Prejudgment Interest Report

### Prejudgment Interest on Joint & Several Disgorgement of $2,108,844

| Quarter Range | Annual Rate | Period Rate | Quarter Interest | Principal+Interest |
|---|---|---|---|---|
| Violation Amount | | | | $2,108,844.00 |
| 12/01/2005-12/31/2005 | 7% | 0.58% | $12,301.59 | $2,121,145.59 |
| 01/01/2006-03/31/2006 | 7% | 1.75% | $37,120.05 | $2,158,265.64 |
| 04/01/2006-06/30/2006 | 7% | 1.75% | $37,769.65 | $2,196,035.29 |
| 07/01/2006-09/30/2006 | 8% | 2% | $43,920.71 | $2,239,956.00 |
| 10/01/2006-12/31/2006 | 8% | 2% | $44,799.12 | $2,284,755.12 |
| 01/01/2007-03/31/2007 | 8% | 2% | $45,695.10 | $2,330,450.22 |
| 04/01/2007-06/30/2007 | 8% | 2% | $46,609.00 | $2,377,059.22 |
| 07/01/2007-09/30/2007 | 8% | 2% | $47,541.18 | $2,424,600.40 |
| 10/01/2007-12/31/2007 | 8% | 2% | $48,492.01 | $2,473,092.41 |
| 01/01/2008-03/31/2008 | 7% | 1.75% | $43,279.12 | $2,516,371.53 |
| 04/01/2008-06/30/2008 | 6% | 1.5% | $37,745.57 | $2,554,117.10 |
| 07/01/2008-09/30/2008 | 5% | 1.25% | $31,926.46 | $2,586,043.56 |
| 10/01/2008-12/31/2008 | 6% | 1.5% | $38,790.65 | $2,624,834.21 |
| 01/01/2009-03/31/2009 | 5% | 1.25% | $32,810.43 | $2,657,644.64 |
| 04/01/2009-06/30/2009 | 4% | 1% | $26,576.45 | $2,684,221.09 |
| 07/01/2009-09/30/2009 | 4% | 1% | $26,842.21 | $2,711,063.30 |
| 10/01/2009-12/31/2009 | 4% | 1% | $27,110.63 | $2,738,173.93 |
| 01/01/2010-03/31/2010 | 4% | 1% | $27,381.74 | $2,765,555.67 |
| 04/01/2010-06/30/2010 | 4% | 1% | $27,655.56 | $2,793,211.23 |
| 07/01/2010-09/30/2010 | 4% | 1% | $27,932.11 | $2,821,143.34 |
| 10/01/2010-12/31/2010 | 4% | 1% | $28,211.43 | $2,849,354.77 |

| Prejudgment Violation Range | Quarter Interest Total | Prejudgment Total |
|---|---|---|
| 12/01/2005-12/31/2010 | $740,510.77 | $2,849,354.77 |

EXHIBIT 1