

# U.S. Securities and Exchange Commission

## Division of Enforcement

## Prejudgment Interest Report

### Prejudgment Interest on Disgorgement of $4,459,724

| Quarter Range | Annual Rate | Period Rate | Quarter Interest | Principal+Interest |
|---|---|---|---|---|
| Violation Amount | | | | $4,459,724.00 |
| 12/01/2005-12/31/2005 | 7% | 0.58% | $26,015.06 | $4,485,739.06 |
| 01/01/2006-03/31/2006 | 7% | 1.75% | $78,500.43 | $4,564,239.49 |
| 04/01/2006-06/30/2006 | 7% | 1.75% | $79,874.19 | $4,644,113.68 |
| 07/01/2006-09/30/2006 | 8% | 2% | $92,882.27 | $4,736,995.95 |
| 10/01/2006-12/31/2006 | 8% | 2% | $94,739.92 | $4,831,735.87 |
| 01/01/2007-03/31/2007 | 8% | 2% | $96,634.72 | $4,928,370.59 |
| 04/01/2007-06/30/2007 | 8% | 2% | $98,567.41 | $5,026,938.00 |
| 07/01/2007-09/30/2007 | 8% | 2% | $100,538.76 | $5,127,476.76 |
| 10/01/2007-12/31/2007 | 8% | 2% | $102,549.54 | $5,230,026.30 |
| 01/01/2008-03/31/2008 | 7% | 1.75% | $91,525.46 | $5,321,551.76 |
| 04/01/2008-06/30/2008 | 6% | 1.5% | $79,823.28 | $5,401,375.04 |
| 07/01/2008-09/30/2008 | 5% | 1.25% | $67,517.19 | $5,468,892.23 |
| 10/01/2008-12/31/2008 | 6% | 1.5% | $82,033.38 | $5,550,925.61 |
| 01/01/2009-03/31/2009 | 5% | 1.25% | $69,386.57 | $5,620,312.18 |
| 04/01/2009-06/30/2009 | 4% | 1% | $56,203.12 | $5,676,515.30 |
| 07/01/2009-09/30/2009 | 4% | 1% | $56,765.15 | $5,733,280.45 |
| 10/01/2009-12/31/2009 | 4% | 1% | $57,332.80 | $5,790,613.25 |
| 01/01/2010-03/31/2010 | 4% | 1% | $57,906.13 | $5,848,519.38 |
| 04/01/2010-06/30/2010 | 4% | 1% | $58,485.19 | $5,907,004.57 |
| 07/01/2010-09/30/2010 | 4% | 1% | $59,070.05 | $5,966,074.62 |
| 10/01/2010-12/31/2010 | 4% | 1% | $59,660.75 | $6,025,735.37 |

| Prejudgment Violation Range | Quarter Interest Total | Prejudgment Total |
|---|---|---|
| 12/01/2005-12/31/2010 | $1,566,011.37 | $6,025,735.37 |

EXHIBIT 2